Edward Barocas
Nadia Seeratan
ACLU of New Jersey Foundation
P.O. Box 32159
Newark, NJ  07102
(973) 642-2086

Daniel Mach (appearing *pro hac vice*)
Heather L. Weaver (appearing *pro hac vice*)
ACLU Foundation Program on Freedom of
  Religion and Belief
915 15th St., NW
Washington, DC  20005
(202) 675-2330
*Counsel for Plaintiff*

Anne Milgram, Attorney General of New Jersey
Dianne M. Moratti, Deputy Attorney General
Susan Scott, Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## (VICINAGE OF TRENTON)

| | |
|---|---|
| HOWARD THOMPSON, JR., | |
| Plaintiff, | |
| v. | Hon. Anne E. Thompson, U.S.D.J. |
| | Hon. Douglas Arpert, U.S.M.J. |
| MICHELLE R. RICCI, in her official capacity as Administrator, New Jersey State Prison; and GEORGE W. HAYMAN, in his official capacity as Commissioner, New Jersey Department of Corrections, | Civil Action No. 08-5926 (AET/DEA) |
| Defendants. | |

## STIPULATION OF DISMISSAL

The claims in this action having been settled and resolved between plaintiff Howard Thompson, Jr., and defendants Michelle R. Ricci and George W. Hayman;

IT IS hereby stipulated and agreed that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and the claims asserted herein by the parties shall be dismissed with prejudice in accordance with the settlement agreement between the parties, dated November 24, 2009.

Respectfully submitted,

/s/ Edward Barocas
Edward Barocas
Nadia Seeratan
ACLU of New Jersey Foundation
P.O. Box 32159
Newark, NJ  07102
(973) 642-2086

Daniel Mach (appearing *pro hac vice*)
Heather L. Weaver (appearing *pro hac vice*)
ACLU Foundation
 Program on Freedom of Religion
 and Belief
915 15th St., NW
Washington, DC  20005
(202) 675-2330
*Counsel for Plaintiff*

/s/  Dianne M. Moratti
Anne Milgram, Attorney General of New Jersey
Dianne M. Moratti, Deputy Attorney General
Susan Scott, Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Counsel for Defendants*

DATED:  November 24, 2009